

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:       *In re J.M.H., A Child*

Appellate case number:    01-11-00591-CV

Trial court case number:  08-DCV-167174

Trial court:                     387th District Court of Fort Bend County, Texas

Date motion filed:           February 20, 2013

Party filing motion:        Appellant

It is ordered that the motion for rehearing is **(X) DENIED (  ) GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                            ☐ Acting individually     x  Acting for the Court

Panel consists of:  Justices Keyes, Massengale, and Brown


Date:  May 3, 2013